HARRY AUBREY TOULMIN, Respondent, *v.* CHARLES LADOW, Appellant.

*Toulmin* v. *LaDow,* 84 App. Div. 636, affirmed.
(Argued March 23, 1904; decided April 8, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 8, 1903, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Frederick W. Cameron* for appellant.

*Marcus T. Hun* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.

———————

AMOS L. PRESCOTT et al., Respondents, *v.* HELEN G. LE CONTE et al., Appellants.

*Prescott* v. *Le Conte,* 83 App. Div. 482, affirmed.
(Argued March 23, 1904; decided April 8, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 28, 1903, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial.

*Robert E. Deyo* for appellants.

*Herbert J. Hindes* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.